UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, a Delaware corporation, and FORD GLOBAL TECHNOLOGIES LLC, a Delaware Limited Liability Company,

Plaintiffs,

v.

THERMOANALYTICS, INC., a Michigan corporation,

Defendant.
_____/

Case No. 14-cv-13992

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER STRIKING PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [75] AND ORDERING A NEW RESPONSE BRIEF TO BE FILED**

On April 8, 2016, Plaintiffs filed their brief in response to Defendant's Motion for Partial Summary Judgment. *See* Dkt. No. 75. "The text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages." L.R. 7.1(d)(3)(A). "In this Court, a party must set forth its version of the facts that support or contradict a dispositive motion . . . within the supporting brief (i.e., within the 25-page limit)." *End Product Results, LLC v. Dental USA, Inc.*, No. 12-11546, 2014 WL 4861647, at *4 (E.D. Mich. September 30, 2014). Plaintiffs' brief purports to be twenty-four (24) pages, however this

-1-

-2-

page count does not include the fourteen (14) page section entitled, "Counter Statement of Undisputed Facts." Therefore, when counted properly, Plaintiffs' brief is actually thirty-eight (38) pages.

Accordingly,

IT IS HEREBY ORDERED that the Plaintiffs' Response Brief is **STRICKEN** for failing to comply with Local Rule 7.1(d)(3)(A).

IT IS FURTHER ORDERED that a new response brief that complies with the Local Rules shall be filed by Monday, April 18, 2016.


Dated: April 12, 2016  /s/Gershwin A Drain
Detroit, MI  HON. GERSHWIN A. DRAIN
  United States District Court Judge